UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

LUYEN DOAN (1),

                    Defendant.

NO. CR-09-0015-EFS-1

**PRELIMINARY ORDER OF FORFEITURE**

     Pursuant to Federal Rule of Criminal Procedure 32.2(b), **IT IS HEREBY ORDERED:** Defendant shall forfeit the assets, as outlined below, to the United States pursuant to 21 U.S.C. § 853, as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the violations to which Defendant pled guilty, and as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of those violations, including:

     REAL PROPERTY

          3525 North Division Street, Spokane, Washington,

ORDER ~ 1

Lots 1, 2 and 3 and the North 4 feet of Lot 4 in Block 4 of Monterey Park, as per Plat thereof recorded in Volume "E" of Plats, Page 22;

Except Portion conveyed to State of Washington for State Route 2, as described in Warranty Deed recorded under Auditor's File No. 9407180016;

Situated in the City of Spokane, County of Spokane, State of Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

331 Southshore Diamond Lake Road, Newport/Diamond Lake, Washington:

Lot 16 of Tarbet's Beach, according to the recorded Plat thereof; Section 1, Township 30 North, Range 44 E.W.M., Pend Oreille County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Tax Parcel No. 443001-63-9015.

ORDER ~ 2

Parcel Number 48N04W084800, Vacant Land in Kootenai County, Idaho:

NW-SE lying N of Road, Section 08, Township 48N, Range 04W.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 46292.9077, Vacant Land in Spokane County, Washington:

That part of the Southwest Quarter of the Northwest Quarter of Section 29, Township 26 North, Range44 East, W.M., described as follows:

Beginning at the Northwest corner of said Southwest Quarter of the Northwest Quarter of Section 29; Thence North 89°57 East, along the North line of said Southwest Quarter of the Northwest Quarter of Section 29, 995.8 feet; Thence South 3°06' East, 512.6 feet; Thence South 89°51' West, 1020.8 feet, more or less, to the West line of said Section 29; Thence North 0°20' West, along the West line of said Section 29, 513.6 feet to the Point of Beginning.

EXCEPT Right of Way for Bruce Road;

AND EXCEPT for the following described parcel:

Beginning at the Northwest corner of said Southwest Quarter of the Northwest Quarter of Section 29; Thence North 89°57' East,

along the North line of said Southwest Quarter of the Northwest Quarter of said Section 29, 995.8 feet; Thence South 3°06' East, 256.3 feet to the True Point of Beginning; Thence South 3°06' East, 256.3 feet; Thence South 89°51' West, 1,020.8 feet, more or less to the West line of said Section 29; Thence North 0°20' West, along the West line of said Section 29 to Point of Intersection of said West line with the East boundary line of Bruce Road; Thence generally Northeasterly measured along the East boundary line of said Bruce Road, a distance of 30 feet to a point; Thence on a line drawn at a 45° angle from the West line of said Section 29 and running through the above-described point on the East boundary of Bruce Road, Southeasterly to a point where said line intersects with a straight line drawn Westerly from the True Point of Beginning of this description; Thence Easterly along said straight line to the True Point of Beginning.

Situated in the County of Spokane, State of Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 1507401, Vacant Land, described as E2 NW4 NW4, in Stevens County, Washington

ORDER ~ 4

E1/2 NW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 1507425, Vacant Land, described as W2 NW4 NW4, in Stevens County, Washington

W1/2 NW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 1507450, Vacant Land, described as W2 SW4 NW4, in Stevens County, Washington

W1/2 SW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

ORDER ~ 5

<u>Parcel Number 1507475, Vacant Land, described as E2 SW4 NW4, in Stevens County, Washington</u>

E1/2 SW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

<u>Parcel Number 1507501, Vacant Land, described as E2 NE4 NE4, in Stevens County, Washington</u>

E1/2 NE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

<u>Parcel Number 1507520, Vacant Land, described as W2 NE4 NE4, in Stevens County, Washington</u>

W1/2 NE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 1507540, Vacant Land, described as NW4 NE4, ls s 80', in Stevens County, Washington

NW1/4 NE1/4 less the South 80.00 feet Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 1507560, Vacant Land, described as W2 SE4 NE4, in Stevens County, Washington

W1/2 SE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 1507580, Vacant Land, described as E2 SE4 NE4, in Stevens County, Washington

E1/2 SE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 1507601, Vacant Land, described as S 80' NW4 NE4; N2 SW4 NE4, ls s 80', in Stevens County, Washington

South 80.00 feet of the NW1/4 NE1/4; along with the N1/2 SW1/4 NE1/4 less the South 80.00 feet, Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

1388 B Pingston Creek Road, Kettle Falls, Washington

#KPC-S: The South half of Government Lot 1 in Section 4, Township 36 North, Range 38 East, W.M., in Stevens County, Washington

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Assessor's Parcel Number: 1902950.

ORDER ~ 8

5475 Peggy Way, Deer Park, Washington

Lot 1 of Short Plat No. SP 225-99, located in Section 1, Township 27 North, Range 41 East, W.M., in Steven County, Washington, according to Plat recorded July 20, 2000, under Auditor's File No. 20000006950.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Assessor's Parcel Number: 5101230.

VEHICLES/CONVEYANCES

2007 Mercedes Benz E550, Washington License Number 650 VRH, VIN: WDBUF90X37X215437.

1999 Crestliner Inc 2050 Sporfish aluminum boat, Registration No.  WN-6597RK, HIN: USN0R62418C999.

1999 EZ Loader 21' boat trailer, Washington License No. 2902PR, VIN: 1ZEAAMPG9XA021121.

1999 Johnson Jet Series outboard motor, Model No.  J150JPLEE.

CURRENCY

$2,087.00 U.S. Currency, seized on or about February 24, 2009.

$19,670.00 U.S. currency, seized on or about February 24, 2009.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this _____26th_____ day of January 2010.


                    s/Edward F. Shea
                  EDWARD F. SHEA
            United States District Judge

Q:\Criminal\2009\15.1.prelim.forfeit.wpd

ORDER ~ 10