UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-09-0015-EFS-1 |
| vs. | **FINAL ORDER OF FORFEITURE** |
| LUYEN V. DOAN, | |
| Defendant. | |

**WHEREAS**, on October 19, 2010, the Court entered an Amended Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, preliminarily forfeiting to the United States the following described assets:

REAL PROPERTY

1) <u>Parcel Number 48N04W084800, Vacant Land in Kootenai County, Idaho:</u>

   NW-SE lying N of Road, Section 08, Township 48N, Range 04W.

   Together with all appurtenances, fixtures, attachments thereto and thereupon.

   Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

2) <u>Parcel Number 46292.9077, Vacant Land in Spokane County, Washington:</u>

   That part of the Southwest Quarter of the Northwest Quarter of Section 29, Township 26 North, Range 44 East, W.M., described as follows:

Final Order of Forfeiture -1-

       Beginning at the Northwest corner of said Southwest Quarter of the Northwest Quarter of Section 29;Thence North 89°57 East, along the North line of said Southwest Quarter of the Northwest Quarter of Section 29, 995.8 feet; Thence South 3°06' East, 512.6 feet; Thence South 89°51' West, 1020.8 feet, more or less, to the West line of said Section 29; Thence North 0°20' West, along the West line of said Section 29, 513.6 feet to the Point of Beginning.

       EXCEPT Right of Way for Bruce Road;

       AND EXCEPT for the following described parcel: Beginning at the Northwest corner of said Southwest Quarter of the Northwest Quarter of Section 29; Thence North 89°57' East, along the North line of said Southwest Quarter of the Northwest Quarter of said Section 29, 995.8 feet; Thence South 3°06' East, 256.3 feet to the True Point of Beginning; Thence South 3°06' East, 256.3 feet; Thence South 89°51' West, 1,020.8 feet, more or less to the West line of said Section 29; Thence North 0°20' West, along the West line of said Section 29 to Point of Intersection of said West line with the East boundary line of Bruce Road; Thence generally Northeasterly measured along the East boundary line of said Bruce Road, a distance of 30 feet to a point; Thence on a line drawn at a 45° angle from the West line of said Section 29 and running through the above-described point on the East boundary of Bruce Road, Southeasterly to a point where said line intersects with a straight line drawn Westerly from the True Point of Beginning of this description; Thence Easterly along said straight line to the True Point of Beginning.

       Situate in the County of Spokane, State of Washington.

       Together with all appurtenances, fixtures, attachments thereto and thereupon.

       Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

   3)   <u>Parcel Number 1507401, Vacant Land, described as E2 NW4 NW4, in Stevens County, Washington</u>

Final Order of Forfeiture -2-

E1/2 NW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

4) <u>Parcel Number 1507425, Vacant Land, described as W2 NW4 NW4, in Stevens County, Washington</u>

W1/2 NW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

5) <u>Parcel Number 1507450, Vacant Land, described as W2 SW4 NW4, in Stevens County, Washington</u>

W1/2 SW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

6) <u>Parcel Number 1507475, Vacant Land, described as E2 SW4 NW4, in Stevens County, Washington</u>

E1/2 SW1/4 NW1/4 Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

7) <u>Parcel Number 1507501, Vacant Land, described as E2 NE4 NE4, in Stevens County, Washington</u>

        E1/2 NE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

        Together with all appurtenances, fixtures, attachments thereto and thereupon.

        Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

8) <u>Parcel Number 1507520, Vacant Land, described as W2 NE4 NE4, in Stevens County, Washington</u>

        W1/2 NE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

        Together with all appurtenances, fixtures, attachments thereto and thereupon.
        Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

9) <u>Parcel Number 1507540, Vacant Land, described as NW4 NE4, ls s 80', in Stevens County, Washington</u>

        NW1/4 NE1/4 less the South 80.00 feet Section 4, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

        Together with all appurtenances, fixtures, attachments thereto and thereupon.
        Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

10) <u>Parcel Number 1507560, Vacant Land, described as W2 SE4 NE4, in Stevens County, Washington</u>

        W1/2 SE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

        Together with all appurtenances, fixtures, attachments thereto and thereupon.

        Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

11) <u>Parcel Number 1507580, Vacant Land, described as E2 SE4 NE4, in Stevens County, Washington</u>

Final Order of Forfeiture -4-

E1/2 SE1/4 NE1/4 Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

13) <u>Parcel Number 1507601, Vacant Land, described as S 80' NW4 NE4; N2 SW4 NE4, ls s 80', in Stevens County, Washington</u>

South 80.00 feet of the NW1/4 NE1/4; along with the N1/2 SW1/4 NE1/4 less the South 80.00 feet, Section 5, Township 28 North, Range 36 East, W.M., Stevens County, Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

14) <u>1388 B Pingston Creek Road, Kettle Falls, Washington</u>

#KPC-S: The South half of Government Lot 1 in Section 4, Township 36 North, Range 38 East, W.M., in Stevens County, Washington
Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Assessor's Parcel Number: 1902950.

16) <u>5475 Peggy Way, Deer Park, Washington</u>

Lot 1 of Short Plat No. SP 225-99, located in Section 1, Township 27 North, Range 41 East, W.M., in Steven County, Washington, according to Plat recorded July 20, 2000, under Auditor's File No. 20000006950.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Final Order of Forfeiture -5-

Assessor's Parcel Number: 5101230.

**WHEREAS** Defendant LUYEN V. DOAN's interest in the assets described above was forfeited to the United States pursuant to the plea agreement and judgment filed herein.

**WHEREAS**, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 21, 2010, and ending November 19, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 21 U.S.C. § 853(n). ECF No. 2667.  At the latest, the claim period expired on December 20, 2010. To date, no claims have been filed.

On November 5, 2010, Tuyet Nguyen was served via certified mail, return receipt requested, with copies of the Notice of Preliminary Order of Forfeiture, the Amended Preliminary Order of Forfeiture, and the Lis Pendens for the real properties described above, as evidenced by the Certificate of Service of Notice by Mail filed with the Court on November 8, 2010.  ECF No. 2520.  To date, Tuyet Nguyen has not filed a petition or claim.

**IT IS HEREBY ORDERED** that the assets listed herein are  hereby forfeited to the United States, and no interest exists in any other person or entity;

///
//
/

Final Order of Forfeiture -6-

**IT IS FURTHER ORDERED** that the United States shall dispose of the assets in accordance with law.

**DATED** this ___9th___ day of March, 2012.


                        s/Edward F. Shea
                          EDWARD F. SHEA
                    United States District Judge

Q:\Criminal\2009\15.1.final.forfeiture.lc2.wpd

Final Order of Forfeiture -7-