Report Date: December 13, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luyen V. Doan        Case Number: 0980 2:09CR00015-EFS-1

Address of Offender:        Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

Original Offense: Conspiracy to Distribute 1,000 or More Kilograms of Marijuana, a Schedule I Controlled Substance, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vii); Investment of Illicit Drug Profits, 21 U.S.C. § 854; Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(2); Forfeiture, 21 U.S.C. § 853;

Original Sentence: Prison - 92 months        Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney: James A. Goeke        Date Supervision Commenced: November 7, 2014

Defense Attorney: Federal Defenders Office        Date Supervision Expires: November 6, 2019

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/26/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 7, 2014, Mr. Luyen Doan signed his conditions of supervision relative to case number 2:09CR00015-EFS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Doan was made aware by his U.S. probation officer of the condition requiring that he refrain from any unlawful use of a controlled substance. |
| | On November 29, 2017, Mr. Doan violated the above-stated condition of supervision by consuming cocaine. On this date, Mr. Doan reported to the U.S. Probation Office and provided a urine sample which tested presumptively positive for cocaine. Mr. Doan signed a denial of use form in which he denied using cocaine. |

The undersigned officer received confirmation from Alere, on December 5, 2017, verifying that the sample provided by Mr. Doan on November 29, 2017, was in fact positive for cocaine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2017

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

December 15, 2017
Date