PROB 12C
(6/16)

Report Date: September 25, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Luyen V. Doan | Case Number: 0980 2:09CR00015-EFS-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

Original Offense:    Conspiracy to Distribute 1,000 or More Kilograms of Marijuana, a Schedule I Controlled Substance, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vii); Investment of Illicit Drug Profits, 21 U.S.C. § 854; Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(2);

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 92 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: November 7, 2014 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 6, 2019 | |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 7, 2014, Mr. Luyen Doan signed his conditions of supervision relative to case number 2:09CR00015-EFS-1, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Doan was made aware by his U.S. probation officer of the condition requiring that he refrain from any unlawful use of a controlled substance. |
| | On September 11, 2017, Mr. Doan violated the above-stated condition of supervision by consuming cocaine.  On this date, Mr. Doan reported to the U.S. Probation Office and provided a urine sample which tested presumptively positive for cocaine.  Mr. Doan signed an admission of use form in which he admitted to using cocaine on or about September 7, 2017.  Mr. Doan informed this officer that a friend he was camping with had cocaine and continued to pressure him to partake, to which Mr. Doan eventually conceded. |

Prob12C
**Re: Doan, Luyen V.**
**September 25, 2017**
**Page 2**

The undersigned officer received confirmation from Alere Inc. on September 15, 2017, verifying that the sample provided by Mr. Doan on September 11, 2017, was in fact positive for cocaine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/25/2017

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ X ] The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 26, 2017

Date