PROB 12C
(6/16)

Report Date: February 16, 2018

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Luyen V. Doan | Case Number: 0980 2:09CR00015-EFS-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 1,000 or More Kilograms of Marijuana, a Schedule I Controlled Substance, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vii); Investment of Illicit Drug Profits, 21 U.S.C. § 854; Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(2); Forfeiture, 21 U.S.C. § 853 |
| Original Sentence: | Prison - 92 months    Type of Supervision: Supervised Release
TSR - 60 months |
| Asst. U.S. Attorney: | Russell E. Smoot    Date Supervision Commenced: November 7, 2014 |
| Defense Attorney: | Federal Defender's Office    Date Supervision Expires: November 6, 2019 |

### PETITIONING THE COURT

**To issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/25/2017, 12/13/2017 and 12/28/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On November 7, 2014, Luyen Doan signed his conditions of supervision relative to case number 2:09CR00015-EFS-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Doan was made aware by his U.S. probation officer of the condition requiring him to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>On February 13, 2018, Mr. Doan violated the above-stated condition of supervision by failing to follow the instructions of the assigned probation officer.<br><br>The undersigned officer attempted to contact Mr. Doan on January 30 and 31, 2018, at the mobile number he provided, but was unsuccessful.  On January 31, 2018, the undersigned officer sent Mr. Doan a text message instructing him to report to the United States Probation |

Office at 10 a.m. on February 13, 2018, to discuss his failure to attend substance abuse treatment. Mr. Doan confirmed, via text, that he would be present as instructed.

On February 13, 2018, Mr. Doan failed to report to the U.S. Probation Office as instructed. Attempts were again made on February 14, 2018, to contact Mr. Doan via telephone, but those too were unsuccessful. On each occasion, the call was not answered and the undersigned officer was not allowed to leave a voice mail before the call was disconnected. Mr. Doan's whereabouts are unknown and the undersigned officer has not been able to verify his activities.

7     **Special Condition # 16**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On November 7, 2014, Mr. Luyen Doan signed his conditions of supervision relative to case number 2:09CR00015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Doan was made aware by his U.S. probation officer of the condition requiring that he participate in and successfully complete an approved substance abuse treatment program.

Mr. Doan violated the above-stated condition of supervision by failing to report for substance abuse treatment as instructed on January 17, 24, and 29, 2018.

On January 17, 2018, Mr. Doan was scheduled for an individual service plan report (ISPR). The undersigned officer later received notification from Pioneer Human Services (PHS) that the offender had failed to report to his scheduled appointment, and that he had been rescheduled for January 24, 2018.

On January 24, 2018, this officer again received notification from PHS that Mr. Doan had failed to report for his scheduled ISPR appointment. According to PHS staff, the offender called 30 minutes prior to his appointment to state he "had been up all night coughing and was not going to make it to his 4 p.m. appointment."

On February 15, 2018, PHS also confirmed that Mr. Doan failed to attend group treatment as required on January 29, 2017.

8     **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 7, 2014, Mr. Luyen Doan signed his conditions of supervision relative to case number 2:09CR00015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Doan was made aware by his U.S. probation officer of the condition requiring that he submit to random urinalysis as directed.

Prob12C
Re: Doan, Luyen V.
February 16, 2018
Page 3

        Mr. Doan violated the above-stated condition of supervision by failing to report for phase urinalysis testing at PHS on January 25, and February 5, 2018.

        On January 25, and February 5, 2018, the offender's assigned phase urinalysis color, "Brown 1," was identified for testing. Mr. Doan failed to report for urinalysis testing on both dates. To date, he has failed to contact this officer to discuss his failure to report for testing.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/25/2017, 12/13/2017 and 12/28/2017.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/16/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

February 16, 2018

Date