PROB 12C
(6/16)

Report Date: October 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2018

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Luyen V. Doan | Case Number: 0980 2:09CR00015-EFS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: | The Honorable Edward F. Shea, Senior U.S. District Judge |
| Date of Original Sentence: October 21, 2010 | Date of Revocation Sentence: April 4, 2018 |
| Original Offense: | Conspiracy to Possess with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1); Investment of Illicit Drug Profits, in violation of 21 U.S.C. § 854; Maintaining a Drug-Involved Premises, in violation of 21 U.S.C. § 856 |
| Original Sentence: Prison - 92 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: Prison - 6 months; TSR - 24 months | |
| Asst. U.S. Attorney: Russell Smoot | Date Supervision Commenced: September 12, 2018 |
| Defense Attorney: John Steven Roberts | Date Supervision Expires: September 11, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to on drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On or about September 15, 2018, just days after his release from custody on September 12, 2018, Luyen Doan knowingly consumed cocaine.<br><br>On September 17, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Doan, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.<br><br>On September 17, 2018, Mr. Doan submitted to urinalysis testing and tested presumptively positive for cocaine. Mr. Doan signed an admission of use form admitting to the use of cocaine on or about September 15, 2018. According to the client, he was hanging out with a woman when she and her friend began using cocaine. Mr. Doan subsequently used cocaine with the woman. |

Prob12C
**Re: Doan, Luyen V.**
**October 29, 2018**
Page 2

2     **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to on drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On or about October 10, 2018, Luyen Doan knowingly consumed cocaine.

On September 17, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Doan, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

On October 11, 2018, Mr. Doan reported to the United States Probation Office (USPO) and submitted to random urinalysis testing. Mr. Doan tested presumptively positive for cocaine and signed an admission of use form admitting to the use of cocaine on or about October 10, 2018. The offender claims that he was hanging out with the same woman he used cocaine with on or about September 15, 2018. Mr. Doan stated "I cannot control myself" and advised this officer that after being up for most of the night, he took his son to school the next morning and felt embarrassed for having used again.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/29/2018

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
October 30, 2018
Date