PROB 12C
(6/16)

Report Date: November 29, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Luyen V. Doan | Case Number: 0980 2:09CR00015-EFS-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

Original Offense:   Conspiracy to Possess with Intent to Distribute, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vii); Investment of Illicit Drug Profits, 21 U.S.C. § 854; Maintaining a Drug-Involved Premises, 21 U.S.C. § 856(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 92 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (04/04/2018) | Prison - 6 months; TSR - 24 months | |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: September 12, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: September 11, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about September 7, 2019, Luyen Doan violated the conditions of his supervision by consuming cocaine.

On September 17, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Doan, as outlined in the judgement and sentence.  He signed a copy acknowledging the requirements.

On September 9, 2019, Luyen Doan reported to the U.S. Probation Office to meet with the undersigned officer and he was notified that he would need to submit to random urinalysis

Prob12C
**Re: Doan, Luyen V.**
**November 29, 2019**
**Page 2**

testing. When a U.S. probation officer attempted to collect a urine sample from Mr. Doan, he was discovered with a "whizzinator" filled with a urine-like substance.

Without providing a sample, Mr. Doan admitted to the use of cocaine on or about September 7, 2019. He signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Amber M.K. Andrade

November 29, 2019

Amber M.K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

12/4/2019
Date