PROB 12C
(6/16)

Report Date: February 26, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luyen V. Doan                Case Number: 0980 2:09CR00015-EFS-1

Address of Offender:                                  Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vii); Investment of Illicit Drug Profits, 21 U.S.C. § 854; Maintaining a Drug-Involved Premises, 21 U.S.C. § 856(a)(2) |
| Original Sentence: | Prison - 92 months      Type of Supervision: Supervised Release<br>TSR - 60 months |
| Revocation Sentence:<br>(04/04/2018) | Prison - 6 months<br>TSR - 24 months |
| Asst. U.S. Attorney: | Russell E. Smoot      Date Supervision Commenced: September 12, 2018 |
| Defense Attorney: | Matthew A. Campbell     Date Supervision Expires: September 11, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about February 8, 2020, Luyen Doan violated the conditions of his supervision by consuming cocaine.<br><br>On September 17, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Doan as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.<br><br>On February 11, 2020, the offender reported for phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing. According to the information this officer received, Mr. Doan provided a urine sample that tested presumptive positive for cocaine. He subsequently admitted to the use of cocaine on or about February 8, 2020, and signed an admission of use form confirming that admission. |

Prob12C
Re: Doan, Luyen V.
February 26, 2020
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about February 15, 2020, Luyen Doan violated the conditions of his supervision by consuming cocaine.

On September 17, 2018, an officer from the U.S. Probation Office in Spokane, reviewed a copy of the conditions of supervision with Mr. Doan, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On February 18, 2020, the offender reported to the U.S. Probation Office to meet with the undersigned officer. At that time, he was informed he would need to submit to random urinalysis testing. The offender provided a urine sample that tested presumptive positive for cocaine. He subsequently admitted to the use of cocaine on or about February 15, 2020, and signed an admission of use form confirming that admission.

| | | |
|---|---|---|
| 3 | | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On February 20, 2020, Luyen Doan failed to report for substance abuse treatment as required.

On September 17, 2018, an officer from the U.S. Probation Office in Spokane, reviewed a copy of the conditions of supervision with Mr. Doan, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On February 21, 2020, the undersigned officer received notification from PHS that the offender failed to report for treatment on February 20, 2020, as required.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 02/26/2020 |
|---|---|
| | s/Amber M.K. Andrade |
| | Amber M. K. Andrade<br>U.S. Probation Officer |

Prob12C
**Re: Doan, Luyen V.**
**February 26, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
_____
Signature of Judicial Officer

February 26, 2020
_____
Date