PROB 12C
(6/16)

Report Date: March 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 13, 2020**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Luyen V. Doan | Case Number: 0980 2:09CR00015-EFS-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vii); Investment of Illicit Drug Profits, 21 U.S.C. § 854; Maintaining a Drug-Involved Premises, 21 U.S.C. § 856(a)(2) |
| Original Sentence: | Prison - 92 months       Type of Supervision: Supervised Release<br>TSR - 60 months |
| Revocation Sentence:<br>(04/04/2018) | Prison - 6 months<br>TSR - 24 months |
| Asst. U.S. Attorney: | Russell E. Smoot       Date Supervision Commenced: September 12, 2018 |
| Defense Attorney: | Matthew A. Campbell       Date Supervision Expires: September 11, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/26/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about March 1, 2020, Luyen Doan violated the conditions of his supervision by consuming cocaine.

On September 17, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Doan as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

Prob12C
Re: Doan, Luyen V.
**March 9, 2020**
Page 2

On March 2, 2020, Mr. Doan reported to the U.S. Probation Office as instructed by the undersigned officer. At that time, he was notified he would be required to submit to random urinalysis testing. The offender subsequently waived urinalysis testing and admitted to the use of cocaine on or about March 1, 2020. He signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/09/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

March 13, 2020

Date