PROB 12C
(6/16)

Report Date: May 27, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luyen V. Doan                   Case Number: 0980 2:09CR00015-EFS-1

Address of Offender: ███████████████████ Washington 99207

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vii); Investment of Illicit Drug Profits, 21 U.S.C. § 854; Maintaining a Drug-Involved Premises, 21 U.S.C. § 856(a)(2) |
| Original Sentence: | Prison - 92 months         Type of Supervision: Supervised Release
TSR - 60 months |
| Revocation Judgment: (04/04/2018) | Prison - 6 months
TSR - 24 months |
| Asst. U.S. Attorney: | Russell E. Smoot            Date Supervision Commenced: September 12, 2018 |
| Defense Attorney: | Matthew A. Campbell        Date Supervision Expires: September 11, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 02/26/2020 and 03/09/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 13, 2020, Luyen Doan violated the conditions of his supervision by consuming cocaine.

On September 17, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Doan as outlined in the revocation judgment and sentence. He signed a copy acknowledging the requirements.

On May 14, 2020, this officer received notification from Pioneer Human Services (PHS) that Mr. Doan failed to report for phase urinalysis testing on May 12, 2020, when his assigned color was identified for testing. |

Prob12C
Re: Doan, Luyen V.
May 27, 2020
Page 2

On May 14, 2020, the undersigned officer attempted to contact the offender to discuss the information received from PHS regarding his failure to report for urinalysis testing, but was unsuccessful. Later that evening, Mr. Doan sent this officer a text message stating he had just gotten back to town from his sister's house at Deer Lake.

On May 15, 2020, Mr. Doan contacted the undersigned officer and claimed he did not report for urinalysis testing because he was under the impression that testing was temporarily discontinued due to the ongoing concerns related to the COVID-19 virus.

The undersigned instructed the offender to report to PHS on that date for random urinalysis testing, and although he confirmed he would submit to testing, Mr. Doan seemed hesitant. This officer advised him it would be best to simply be honest and Mr. Doan subsequently admitted to the use of cocaine on or about May 13, 2020.

The undersigned officer pointed out that he had previously reported going to his sister's lake house on May 13, 2020, and Mr. Doan admitted to using cocaine before traveling to the lake house with his family.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 05/27/2020 |
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

May 27, 2020

Date